**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Alex A. Khadavi | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 2:21-bk-14449-BB | | |

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1: Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **1424 Crescent Heights Dr., #78 West Hollywood, CA 90046 Los Angeles County Debtor's principal residence: 2 bedroom, 2 bath; 2,032 sq. feet.** Line from *Schedule A/B*: **1.1** | **$1,600,000.00** | ■ **$114,876.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **2015 Mercedes-Benz G63 AMG 17,000.00 miles Debtor's residence: The vehicle is paid in full** Line from *Schedule A/B*: **3.1** | **$75,000.00** | ■ **$3,325.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |
| **Debtor's residence: B&B Talia furniture, Axis chandelier, rugs, private 2 furnished bedrooms, dinining room table, couches, decortative wall art, desk and chair, patio furniture** Line from *Schedule A/B*: **6.2** | **$30,000.00** | ■ **$30,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Debtor's residence: Televisions. Stereo systems Audio-Visual, washer and dryers, ovens, stoves, kitchen appliances** Line from *Schedule A/B*: **7.2** | **$7,000.00** | ■ **$7,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |


Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Alex A. Khadavi** Case number (if known) **2:21-bk-14449-BB**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor's residence: 2 Rolex watches**<br>Line from *Schedule A/B*: **12.1** | **$35,000.00** | ■ **$8,725.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes


Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: Alex A. Khadavi
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 2:21-bk-14449-BB

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 Axos Bank | $26,950,000.00 | $80,000,000.00 | $0.00 |

Axos Bank
Creditor's Name

4350 La Jolla Village Dr.
San Diego, CA 92121
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
777 Sarbonne Rd Los Angeles, CA 90077 Los Angeles County
Investment Property: 7 bedrooms, 11 bathrooms; currently listed for sale.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) 1st Deed of Trust

**Date debt was incurred** Opened 3/23/20 Last Active 11/02/20

**Last 4 digits of account number** 5742


Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Alex A. Khadavi** Case number (if known) **2:21-bk-14449-BB**
First Name Middle Name Last Name

**2.2 Bank of America** — Creditor's Name

**4909 Savarese Circle**
**Tampa, FL 33634**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **$1,101,227.00** **$1,600,000.00** **$0.00**

**1424 Crescent Heights Dr., #78 West Hollywood, CA 90046 Los Angeles County**
**Debtor's principal residence: 2 bedroom, 2 bath; 2,032 sq. feet.**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **1st Trust Deed**

**Date debt was incurred** **Opened 01/13 Last Active 12/01/20**

**Last 4 digits of account number** **5184**

---

**2.3 Bankamerica** — Creditor's Name

**4909 Savarese Circle**
**Tampa, FL 33634**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **$418,000.00** **$0.00** **$418,000.00**

**777 Sarbonne Rd Los Angeles, CA 90077 Los Angeles County**
**Principal residence**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** **Opened 01/13 Last Active 12/01/20**

**Last 4 digits of account number** **9613**



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Alex A. Khadavi** Case number (if known) **2:21-bk-14449-BB**
First Name Middle Name Last Name

| | | | | |
|---|---|---|---|---|
| 2.4 **BMW Financial Services**<br>Creditor's Name<br><br>**P O Box 3608**<br>**Dublin, OH 43016**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**2019 BMW i8 Phev Conv 4Wd 16,000 miles**<br>**Leased Vehicle with BMW Financial Services with 6 payments remaining. Monthly payment is $1,200.00** | **$4,800.00** | **$0.00** | **$4,800.00** |

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Leased Vehicle**

**Date debt was incurred** ______ **Last 4 digits of account number** **3434**

---

| | | | | |
|---|---|---|---|---|
| 2.5 **Coro Community Management HOA**<br>Creditor's Name<br><br>**8600 Wilshire Blvd**<br>**Beverly Hills, CA 90211**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**1424 Crescent Heights Dr., #78 West Hollywood, CA 90046 Los Angeles County**<br>**Debtor's principal residence: 2 bedroom, 2 bath; 2,032 sq. feet.** | **$0.00** | **$1,600,000.00** | **$0.00** |

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **HOA Dues**

**Date debt was incurred** **2003** **Last 4 digits of account number** **2781**

---



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Alex A. Khadavi** (First Name / Middle Name / Last Name) Case number (if known) **2:21-bk-14449-BB**

| 2.6 Finance California | Describe the property that secures the claim: | $0.00 | $80,000,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**777 Sarbonne Rd Los Angeles, CA 90077 Los Angeles County Investment Property: 7 bedrooms, 11 bathrooms; currently listed for sale.**

**900 Avenue of the Stars #500**
**Los Angeles, CA 90067**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **2nd Deed Holder; paid off; included as a precaution**

**Date debt was incurred** **2020** **Last 4 digits of account number** **n/a**

| 2.7 IVY Properties | Describe the property that secures the claim: | $2,500,000.00 | $80,000,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**777 Sarbonne Rd Los Angeles, CA 90077 Los Angeles County Investment Property: 7 bedrooms, 11 bathrooms; currently listed for sale.**

**2235 Westwood Blvd.,**
**Los Angeles, CA 90068**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **4th Deed of Trust**

**Date debt was incurred** **8/21/2020** **Last 4 digits of account number** **n/a**



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Alex A. Khadavi** (First Name / Middle Name / Last Name) Case number (if known) **2:21-bk-14449-BB**

| | | | | |
|---|---|---|---|---|
| **2.8** **Los Angeles County Tax Collector** | Describe the property that secures the claim: | $232,210.00 | $80,000,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:
**777 Sarbonne Rd Los Angeles, CA 90077 Los Angeles County Investment Property: 7 bedrooms, 11 bathrooms; currently listed for sale.**

**P O Box 54110**
**Los Angeles, CA**
**90054-0110**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Property Taxes**

**Date debt was incurred** **4/1/2021** **Last 4 digits of account number** **4202**

---

| | | | | |
|---|---|---|---|---|
| **2.9** **Los Angeles County Tax Collector** | Describe the property that secures the claim: | $3,897.00 | $1,600,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:
**1424 Crescent Heights Dr., #78 West Hollywood, CA 90046 Los Angeles County Debtor's principal residence: 2 bedroom, 2 bath; 2,032 sq. feet.**

**P O Box 54110**
**Los Angeles, CA**
**90054-0110**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Property Taxes**

**Date debt was incurred** **2003** **Last 4 digits of account number**

---



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Alex A. Khadavi** (First Name / Middle Name / Last Name) Case number (if known) **2:21-bk-14449-BB**

| | | | | |
|---|---|---|---|---|
| 2.10 **Pacific Construction Enterprise**<br>Creditor's Name<br>**3719 Robertson Blvd., Los Angeles, CA 90077**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**777 Sarbonne Rd Los Angeles, CA 90077 Los Angeles County Investment Property: 7 bedrooms, 11 bathrooms; currently listed for sale.** | **$1,058,568.83** | **$80,000,000.00** | **$0.00** |

As of the date you file, the claim is: Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Mechanics lien**

**Date debt was incurred** **2/23/2021** **Last 4 digits of account number** **n/a**

| | | | | |
|---|---|---|---|---|
| 2.11 **Scorpio Investments, LLC**<br>Creditor's Name<br>**1155 N. La Cienega BLvd., Ste. 405 West Hollywood, CA 90069**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**1424 Crescent Heights Dr., #78 West Hollywood, CA 90046 Los Angeles County Debtor's principal residence: 2 bedroom, 2 bath; 2,032 sq. feet.** | **$380,000.00** | **$1,600,000.00** | **$0.00** |

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **2nd Trust Deed**

**Date debt was incurred** **8/28/2019** **Last 4 digits of account number** **n/a**



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Alex A. Khadavi** Case number (if known) **2:21-bk-14449-BB**
First Name Middle Name Last Name

**2.12 Signature Financial & Leasing**
Creditor's Name

**225 Broadway Rd. Ste. 123W**
**Melville, NY 11747**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **$83,000.00** **$0.00** **$83,000.00**

**1965 Shelby Cobra 88,438 miles Located at 777 Sarbonne: The vehicle is leased with Signature Financial. The vehicle lease is under the Debtor's name but the Dermatology and Laser Medical Center makes the monthly payments**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Auto lease**

**Date debt was incurred** **2/2021** **Last 4 digits of account number** **n/a**

---

**2.13 Stagli**
Creditor's Name

**777 Arthur Godfrey Rd., Ste. 404**
**Miami Beach, FL 33140**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **$1,700,000.00** **$80,000,000.00** **$0.00**

**777 Sarbonne Rd Los Angeles, CA 90077 Los Angeles County Investment Property: 7 bedrooms, 11 bathrooms; currently listed for sale.**

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **3rd Trust Deed**

**Date debt was incurred** **3/26/2020** **Last 4 digits of account number** **n/a**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** **$34,431,702.83**
**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** **$34,431,702.83**

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Alex A. Khadavi** Case number (if known) **2:21-bk-14449-BB**
First Name Middle Name Last Name

[ ]
Name, Number, Street, City, State & Zip Code
**Bkofintrnt**
**4350 La Jolla Village Dr.**
**San Diego, CA 92121**

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number ___

---

[ ]
Name, Number, Street, City, State & Zip Code
**BMW Financial**
**Attn: Arvind Nath Rawal**
**c/o AIS Portfolio Services**
**1212 Corporate Dr.**
**Irving, TX 75038**

On which line in Part 1 did you enter the creditor? 2.4
Last 4 digits of account number ___

---

[ ]
Name, Number, Street, City, State & Zip Code
**Finance California**
**c/o Steve Huskey**
**1875 Century Park East Ste. 800**
**Los Angeles, CA 90067**

On which line in Part 1 did you enter the creditor? 2.6
Last 4 digits of account number ___

---

[ ]
Name, Number, Street, City, State & Zip Code
**Richard W. Brunette**
**333 S. Hope St. 43rd Fl**
**Los Angeles, CA 90071**

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number ___

---



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy